# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Sara L Baca,

Plaintiff,

V.

Kremble Schlesinger & Associates,

Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:15-cv-00720-LDG-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that default judgment in the amount of $9,515.00 is entered in favor of the Plaintiff, Sara L. Baca, and against the Defendants, Kremble Schlessinger & Associates.

March 31, 2016

Date

/s/ Lance S. Wilson

Clerk

/s/ TR

(By) Deputy Clerk